1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
8                                AT SEATTLE
9
10   UNITED STATES OF AMERICA,       )
                                     )
11              Plaintiff,           )    CASE NO.   06-92M
                                     )
12        v.                         )
                                     )
13                                   )    DETENTION ORDER
     MYRON COSMO CURRY,              )
14                                   )
                Defendant.           )
15   _____)

16   Offense charged:

17        Count 1: Conspiracy to Distribute Oxycodone;

18        Count 2: Carrying a Firearm During and in Relation to a Drug Trafficking Crime.

19   Date of Detention Hearing: March 8, 2006

20        The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. §

21   3142(f), and based upon the factual findings and statement of reasons for detention hereafter

22   set forth, finds that no condition or combination of conditions which the defendant can meet

23   will reasonably assure the appearance of the defendant as required and the safety of any

24   other person and the community. The Government was represented by Vince Lombardi.

25   The defendant was represented by Robert Leen.

26

DETENTION ORDER
PAGE -1-

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1) There is probable cause to believe the defendant committed the drug offense.  There is therefore a rebuttable presumption against the defendant's release based upon both dangerousness and flight risk, under Title 18 U.S.C. § 3142(e).

(2) Defendant poses a risk of danger due to the nature of the instant offense, inasmuch as he was arrested in possession of a semiautomatic weapon. This fact, alone, placed him in violation of state release conditions on pending King County Superior Court charges.  Accordingly, presumption against release has not been overcome.

**It is therefore ORDERED**:

(l) The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

//
//
//

1     (4)     The clerk shall direct copies of this order to counsel for the United
2               States, to counsel for the defendant, to the United States Marshal, and to
3               the United States Pretrial Services Officer.

DATED this 13th day of March, 2006.

                                       MONICA J. BENTON
                                       United States Magistrate Judge

DETENTION ORDER
PAGE -3-