The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR06-110RSM |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |
| v. | |
| MYRON COSMO CURRY, | |
| Defendant. | |

THIS MATTER comes before the Court on the stipulated motion of the parties to continue the trial date.

Having reviewed the stipulation of the parties, the Court hereby finds that the ends of justice outweigh the defendant's and the public's right to a speedy trial.  The Court's finding is based on the facts and grounds outlined in the stipulated motion and incorporated herein by this reference.

Now, therefore it is hereby:

ORDERED that the stipulated motion to continue is GRANTED.  Trial in this matter is continued to January 29, 2007.  Defendant shall file a waiver of speedy trial rights no later than October 13, 2006.

/ / /

/ / /

/ / /

/ / /

ORDER GRANTING STIPULATED MOTION TO CONTINUE  - 1
(CURRY, CR06-110RSM)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    IT IS FURTHER ORDERED that pursuant to Title 18, United States Code,
2 Section 3161(h), the period of time from November 2, 2006, to the new trial date, for
3 all defendants, is excluded in the computation of time under the Speedy Trial Act as this
4 is a reasonable period of delay.

5

6    SO ORDERED this 19th day of October, 2006.

7

8

9    RICARDO S. MARTINEZ
     UNITED STATES DISTRICT JUDGE

10 Presented by:

11 s/ Vincent T. Lombardi
   VINCENT T. LOMBARDI WSB # 21967
12 Assistant United States Attorney
   United States Attorney's Office
13 700 Stewart Street, Ste. 5220
   Seattle, Washington 98101
14 Facsimile: 206-553-4440
   Phone: 206-553-5178
15 E-mail: vince.lombardi@usdoj.gov

16 Criminal Defense Associates

17 /s/   Alan Baum
   20700 Ventura Blvd., Ste. 301
18 Woodland Hills, CA 91364
   Phone:  818-313-6870
19 Email: Alan.Baum@emailcda.com
   (*By Email Authorization, 8/6/06*)

20

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATED MOTION TO CONTINUE  - 2
(CURRY, CR06-110RSM)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970