# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>MYRON COSMO CURRY,<br><br>           Defendant. | **Case No.** CR06-110RSM<br><br>Minute Order |

THIS matter was referred to Magistrate Judge J. Kelley Arnold for purposes of a settlement conference by the Honorable Ricardo S. Martinez. Prior to the Settlement Conference, and without any input from Magistrate Judge Arnold, the parties entered into a signed plea agreement. **At the direction of District Judge Martinez the reference to Magistrate Judge Arnold for settlement purposes is rescinded as moot and unnecessary.**

At the request of the parties and with the consent of the defendant pursuant to Rule 11, the defendant will present the plea agreement to Magistrate Judge Arnold who will thereafter tender a Report and Recommendation to Judge Martinez the assigned trial judge.

Entered by Deputy Clerk, */s/Kelly Miller*, this 23rd day of January 2007, at 11:30 a.m.

ORDER
Page - 1