THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-110-RSM |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| MYRON CURRY, | |
| Defendant. | |

This matter having come before the Court on the Defendant's Motion for Early Termination of Supervised Release, the Court having reviewed the motion and the records and files herein;

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Curry's supervised release is warranted by the conduct of Mr. Curry and in the interest of justice;

IT IS FURTHER ORDERED that the remainder of the term of Mr. Curry's supervised release shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this Order to all counsel of record, and to the United States Probation Office.

ORDER GRANTING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE
(US v. Myron Curry; CR06-110RSM)   - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

DONE this 15th day of October, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Gregory Geist*
Assistant Federal Public Defender
Attorney for Myron Curry

ORDER GRANTING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE
(US v. Myron Curry; CR06-110RSM)   - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**